UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

M. William Potts,
        Petitioner,

v.

David L. Winn, Warden.
        Respondent.

CIVIL ACTION

NO.   04-40068-GAO

O R D E R

On May 3, 2004, petitioner M. William Potts, filed a petition for a writ of habeas corpus under Section 2241 and paid the applicable filing fee.

ACCORDINGLY, it is hereby ordered that:

(1) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (a) David L. Winn, Warden, Federal Medical Center, Camp Devens, P.O. Box. 880, Ayer, MA 01432; and (b) the United States Attorney;  AND

(2) The Respondent shall, within 28 days of receipt of this Order, file an answer or other responsive pleading.

SO ORDERED.

 6/11/2004                                                 s/ George A. O'Toole, Jr.
Date                                                        United States District Judge

(2241servINS.wpd - 09/00)                                                             [2241serv.]