United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

M. William Potts
#24866-038, Unit I (Camp)
Federal Medical Center Devens
PO Box 879
Ayer, MA 01432

June 4, 2004

RE: Docket # 04-cv-40068-GAO
    Potts v. Winn
    Petition for Writ of Habeas Corpus
    28 USC § 2241

Dear Mark Barrett:
  Docket Clerk - Judge O'Toole

My 28 USC § 2241 Petition was filed Pro Se with the Court on 5/3/04, assigned Docket # 04-cv-40068, and the matter was assigned to the Honorable George A. O'Toole Jr..

The purpose of my inquiry is to determine if a "show cause order" has been issued, and if yes, has the show cause order been "served" on Respondent Winn and the U.S. Attorney's office representing the Respondent?

If either of the above two actions have not occurred I would respectfully request that they occur at the earliest possible moment because the matter before Judge O'Toole is time sensitive.

If the "show cause order" <u>has</u> been issued I would appreciate a copy being forwarded to me since it has not been posted on Pacer, and I have not received a copy.

A review of Pacer does not reflect <u>any</u> activity since the initial filing of my Petition 31 days ago. My wife has telephoned the Court on several occasions but has not been successful in making contact.

The passage of time has the potential to diminish or moot the relief that I am seeking through my Petition.

A response at your earliest convenience would be appreciated.

Sincerely,
M. William Potts

M. William Potts
#24866-038, Unit I (Camp)
Federal Medical Center Devens
PO Box 879
Ayer, Ma 01432