UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M. WILLIAM POTTS, )<br><br>Petitioner, )<br><br>v. )<br><br>DAVID L. WINN, )<br><br>Respondent. ) | Civil Action No. 04-40068-GAO |

# EXHIBITS 1 - 5

## to the

## MEMORANDUM OF RESPONDENT DAVID L. WINN IN OPPOSITION TO PETITIONER'S REQUEST FOR RELIEF AND IN SUPPORT OF MOTION TO DISMISS

Were not scanned due to the volume.  A hard copy has been filed in the Clerk's Office.

Dated: July 13, 2004

**INDEX**

EXHIBIT 1 -    Declaration of Patrick W. Ward (with the following documents attached)

        A.    Public Information Data Sheet;

        B.    Sentence Monitoring Computation Data;

        C.    Judgment and Commitment Order;

        D.    Inmate Profile;

        E.    Administrative Remedy History;

        F.    Request for Administrative Remedy, Case Number 331631-F1, and Response;

        G.    Regional Administrative Remedy Appeal, Case Number 331631-R1, and Response;

        H.    Central Office Administrative Remedy Appeal, Case Number 331631-A1;

        I.    Initial Classification Program Review December 2003;

        J.    February 2004 Progress Report;

        K.    February 2004 Supervised Release Relocation Request/Approval;

EXHIBIT 2 -    Portions of the Program Statement Number 7310.04, dated December 16, 1998.

EXHIBIT 3 -    Office of Legal Counsel Memorandum dated December 13, 2002.

EXHIBIT 4 -    Bureau of Prisons Memorandum to Bureau of Prisons Chief Executive Officers dated December 20, 2002.

EXHIBIT 5 -    Copies of Decisions upholding Bureau of Prisons' Policy