UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M. WILLIAM POTTS, )<br>)<br>   Petitioner, )<br>)<br>   v. )<br>)<br>DAVID L. WINN, )<br>)<br>   Respondent. )<br>) | Civil Action No. 04-40068-GAO |

**RESPONDENT'S ASSENT TO PETITIONER'S MOTION FOR LEAVE**

The Respondent David L. Winn, through his undersigned counsel, hereby assents to the Petitioner's Motion for Leave. The Respondent further states that no decision has been made regarding whether further appellate review will be sought in response to the First Circuit's decision in the matter of <u>Morris M. Goldings v. David L. Winn and John Ashcroft</u> (No. 03-2633).[1] However, the defendant recognizes that at this time the <u>Goldings</u> decision reflects the law of this Circuit and is dispositive of this case in this Court.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

Dated: September 16, 2004     /s/ Christopher R. Donato
                                          CHRISTOPHER R. DONATO
                                          Assistant U.S. Attorney
                                          John Joseph Moakley Courthouse
                                          One Courthouse Way, Suite 9200
                                          Boston, Massachusetts 02210
                                          (617) 748-3303

---

[1] The Respondent will submit a hard copy of the <u>Goldings</u> decision along with the courtesy copy of this assent.

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was served upon Petitioner M. William Potts, Reg. No. 24866-038, Unit 1, FMC Devens Camp, P.O. Box 879, Ayer, MA 01432 by first class, postage prepaid mail on this date.

Dated: September 16, 2004    <u>/s/ Christopher R. Donato</u>
                                      Christopher R. Donato
                                      Assistant U.S. Attorney