UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40068-GAO

M. WILLIAM POTTS, III,
Petitioner,

v.

DAVID L. WINN,
Respondent.

**ORDER**
October 6, 2004

O'TOOLE, D.J.

In light of the respondent's concession that the First Circuit's decision in <u>Goldings v. Winn</u>, No. 03-2633 (September 9, 2004) is dispositive of this case, <u>see</u> docket no. 11, the parties are directed to file a proposed order accomplishing a final disposition of this matter within twenty-eight (28) days from date of entry of this order.

It is SO ORDERED.

_October 6, 2004_
DATE

_/s/ [signature]_
DISTRICT JUDGE