Honorable George A. O'Toole
United States District Judge
United States District Court
District of Massachusetts
John J. Moakley Courthouse
One Courthouse Way
Boston, MA 02210

October 3, 2004                      RE:   Civil Action No. 04-40068-GAO
                                                                   Potts v Winn
                                                                   Petition for Writ of Habeas Corpus

Dear Judge O'Toole:

    On September 16, 2004 the Respondent (Winn) declared through his counsel that he "hereby assents to the Petitioner's Motion for Leave." (Respondent's Assent to Petitioner's Motion for Leave - Docket# 11 9/16/04, Petitioner's Motion for Leave - Docket# 9 and #10 9/14/04)

    Assistant United States Attorney Donato further stated..."at this time the Goldings decision reflects the law of this Circuit and is dispositive of this case in this Court."(Goldings refers to Morris M. Goldings v David L. Winn and John Ashcroft __F3d__ (1st Cir.2004) Appeals No. 03-2633,"this case" refers to Potts v Winn)

    The Government has on 9/27/04 advised the Court in two other cases in this Circuit with similar issues of law and fact as the Petitioner's..."that the Solicitor General has determined not to file a petition for rehearing or rehearing en banc" in the Goldings v Winn and Ashcroft matter.(See Attachment A and B)

    None of the parties to this action has requested a hearing; the parties have filed all of the required pleadings and briefs; and there are no outstanding issues other than a Judgment and Order being issued by the Court in favor of the Petitioner.

    It is requested that the Court dispose of the matter as law and justice require, and proceed to Grant the Petitioner relief as requested in the Motion for Leave (Docket# 9) as promptly as possible.

    This Petition for Writ of Habeas Corpus is time sensitive and with the passage of time the relief requested may diminish or possibly become moot.

                                                                         Respectfully Submitted,

cc:    Christopher R. Donato
        Assistant United States Attorney      M. William Potts, Pro Se
                                                            #24866-038   Unit I
        Mr. Paul Lyness                           FMC Devens
        Court Clerk-Judge O'Toole              PO Box 879
                                                            Ayer, MA 01432

Attachment A - Pg.1



U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

---

*Main Reception: (617) 748-3100*
*Secretary's Tel. No. (617) 748-3282*
*Fax No. (617) 748-3971*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way - Suite 9200*
*Boston, Massachusetts 02210*

September 27, 2004

Richard Cushing Donovan, Clerk
United States Court of Appeals
For the First Circuit
U.S. Courthouse - Suite 2500
1 Courthouse Way
Boston, MA   02210

    Re:    <u>Morris M. Goldings v. David L. Winn and John Ashcroft</u>
            Appeals Court No. 03-2633

Dear Mr. Donovan:

    In the above-referenced case the appellant Morris Goldings moved for immediate issuance of mandate; the government opposed the motion; and the Court on September 23, 2004, stated that it would issue mandate on October 1, 2004, unless by then the government filed a petition for rehearing or rehearing en banc.

    This will advise the Court that the Solicitor General has determined not to file a petition for rehearing or rehearing en banc. Therefore the defendants-appellees now have no objection to immediate issuance of mandate.

    I am informed that Bureau of Prisons staff at Federal Medical Center, Devens, have been instructed <u>promptly</u> to <u>commence</u> <u>re-evaluation</u> of Mr. Goldings for placement

Attachment A - Pg 2

Richard Cushing Donovan, Clerk
September 27, 2004
Page 2

in a community correction center under the relevant Bureau of Prisons policy as it existed before the December 2002 change of policy that prompted this law suit.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

George B. Henderson, II
Assistant U.S. Attorney
(617) 748-3282

cc: Morris M. Goldings
    David L. Winn, Warden
    Patrick Ward, Esq.

Attachment B - Pg. 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KARAMJEET S. PAUL,<br><br>Petitioner,<br><br>v.<br><br>DAVID L. WINN, Warden, Federal Medical Center, Devens,<br><br>Respondent. | Civil Action No. 04-CV-40037-RCL |

### RESPONDENT'S NOTICE TO THE COURT REGARDING THE COURT'S PROCEDURAL ORDER OF SEPTEMBER 15, 2004, AND REPLY TO PETITIONER'S PARTIAL OBJECTION AND REQUEST TO CORRECT THE MAGISTRATE'S REFERENCE TO THE RELIEF REQUESTED

On September 27, 2004, undersigned counsel for the Respondent was notified that the Solicitor General of the United States will not seek Rehearing En Banc before the Court of Appeals for the First Circuit of that Court's holding in Goldings v. Winn, ___ F.3d ___, 2004 WL 2005625 (1st Cir. September 3, 2004), pursuant to Fed. R App. P. 40(a)(1) and 35(c). Therefore, Respondent has no grounds to object to this Court's view of what the Petitioner is entitled to under Goldings v. Winn, as explained in this Court's Procedural Order of September 15, 2004.

The Bureau of Prisons, through Respondent Warden Winn, is aware of Petitioner's status and will act promptly and in good faith to reconsider Petitioner for placement into a CCC, consistent with the BOP policy and practice of FMC Devens prior to the December 2002 policy change, which limited such placements to the last 10% of a sentence.

The Respondent concurs with this Court's reading of Goldings v. Winn as it apply's to

*Attachment B - Pg. 2*

the Petitioner in this action, and does not believe that any correction to this Court's Procedural Order is required as requested by the Petitioner.

                                          Respectfully submitted,

                                          For the Respondent
                                          DAVID L. WINN

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                            By:    /s/ Anton P. Giedt
                                          Anton P. Giedt
                                          Assistant U.S. Attorney
                                          1 Courthouse Way
                                          Boston, MA 02210
                                          617-748-3309 (Voice)
                                          617-748-3971 (Fax)
                                          anton.giedt@usdoj.gov
DATED:  September 28, 2004                 BBO No.: 563928

---

**LOCAL RULE 7.1(A)(2) CERTIFICATE**

I, Anton P. Giedt, Assistant U.S. Attorney, respectfully request leave from compliance with Local Rule 7.1(A)(2) as Petitioner is incarcerated, acting *pro se*, and is not represented by counsel.

                                          /s/ Anton P. Giedt
                                          Anton P. Giedt
                                          Assistant U.S. Attorney

---

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                        Boston, Massachusetts
                                                                    DATE: September 28, 2004

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Petitioner by First Class Mail.

                                          /s/ Anton P. Giedt
                                          Anton P. Giedt
                                          Assistant U.S. Attorney

---

**PETITIONER:**  
Karamjeet S. Paul  
Prisoner Mail  
38516-060 Unit I  
Federal Medical Center Devens  
P.O. Box 879  
Ayer, MA 01432

**AGENCY COUNSEL:**  
Patrick Ward  
Federal Medical Center Devens  
Box 880  
Ayer, MA 01432