United States District Court
District of Massachusetts

| | |
|---|---|
| M. William Potts )<br>    Petitioner )<br>           )<br>    v )<br>           )<br>David L. Winn, Warden )<br>           )<br>Federal Medical Center, Devens )<br>    Respondent )<br>           ) | Civil Action No. 04-40068-GAO |

PETITIONER'S MOTION for ENTRY of PROPOSED ORDER

    The Petitioner, M. William Potts, hereby moves for the Court to enter the accompanying Proposed "Order". In support of this motion the Petitioner submits the accompanying Memorandum in Support of Petitioner's Proposed Order.

Respectfully Submitted,

Date: November 1, 2004

M. William Potts, Pro Se
Reg# 24866-038 Unit I
FMC Devens
PO Box 879
Ayer, MA 01432

United States District Court
District of Massachusetts

|  |  |
|---|---|
| M. William Potts ) <br>    Petitioner ) <br>         v ) <br> David L. Winn, Warden ) <br> Federal Medical Center, Devens ) <br>    Respondent ) | Civil Action No. 04-40068-GAO |

ORDER

IT IS ORDERED:

The Respondent, David L. Winn, Warden, Federal Medical Center, Devens, is hereby directed to promptly and in good faith, review Petitioner, M. William Potts, for placement at a Community Corrections Center (CCC) solely on the basis of the placement practices at FMC Devens Camp in effect prior to December 2002.

The Respondent shall implement, without delay and without manipulation, its CCC placement decision to enable the Petitioner to receive the full benefit of this relief.

The Court shall retain Jurisdiction of this case at least until the Petitioner transfers to the Community Corrections Center.

SO ORDERED.

11/   /04
Date

George A. O'Toole
United States District Judge