```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| M. WILLIAM POTTS,              ) | |
|                                ) | |
|     Petitioner,                ) | |
|                                ) | |
|     v.                         ) | Civil Action No. 04-40068-GAO |
|                                ) | |
| DAVID L. WINN,                 ) | |
|                                ) | |
|     Respondent.                ) | |
|                                ) | |

## RESPONDENT'S ASSENT TO THE PETITIONER'S
## MOTION FOR ENTRY OF PROPOSED ORDER

The Respondent, David L. Winn, Warden, Federal Medical Center, Devens, Massachusetts, hereby assents to the Petitioner's Motion for Entry of Proposed Order and the proposed Order attached to said motion. In support of the Respondent's good faith effort to comply with the proposed Order, the Respondent submits the attached Declaration of Patrick W. Ward.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

Dated: November 8, 2004         /s/ Christopher R. Donato
                                CHRISTOPHER R. DONATO
                                Assistant U.S. Attorney
                                John Joseph Moakley Courthouse
                                One Courthouse Way, Suite 9200
                                Boston, Massachusetts 02210
                                (617) 748-3303

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was served upon Petitioner M. William Potts, Reg. No. 24866-038, Unit 1, FMC Devens Camp, P.O. Box 879, Ayer, MA 01432 by first class, postage prepaid mail on this date.

Dated: November 8, 2004      <u>/s/ Christopher R. Donato</u>
                                        Christopher R. Donato
                                        Assistant U.S. Attorney