UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

M. WILLIAM POTTS, III
        Plaintiff(s)

v.                             CIVIL ACTION NO. 04-40068-GAO

DAVID L. WINN
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

**G**   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

      Pursuant to the court's order of 11/9/04, by the declaration of Patrick W. Ward, the respondent has represented to the Court that, consistent with the decision in Goldings v Winn, 383 F.3d 17 (1st Cir. 2004), the petitioner is currently be evaluated for community corrections center placement without regard to the 10% policy adopted in December 2002 but invalidated by Goldings. To the extent that this relief now being voluntarily provided was sought by the petition, the petition is moot. To the extent the petition sought further relief- in particular, an order directing the respondent to place the petitioner in a community corrections center for the last six months of his sentence- the petition is denied.

TONY ANASTAS,
CLERK OF COURT

Dated: 11/9/04                             By Paul S. Lyness
                                                                             Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

M. WILLIAM POTTS, III
    Plaintiff(s)

v.              CIVIL ACTION NO. 04-40068-GAO

DAVID L. WINN
    Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

G **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **IT IS ORDERED AND ADJUDGED**

  Pursuant to the court's order of 11/9/04, by the declaration of Patrick W. Ward, the respondent has represented to the Court that, consistent with the decision in Goldings v Winn, 383 F.3d 17 (1st Cir. 2004), the petitioner is currently be evaluated for community corrections center placement without regard to the 10% policy adopted in December 2002 but invalidated by Goldings. To the extent that this relief now being voluntarily provided was sought by the petition, the petition is moot. To the extent the petition sought further relief- in particular, an order directing the respondent to place the petitioner in a community corrections center for the last six months of his sentence- the petition is denied.

                     TONY ANASTAS,
                     CLERK OF COURT

Dated: 11/9/04             By Paul S. Lyness
                       Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

M. WILLIAM POTTS, III
   Plaintiff(s)

v.            CIVIL ACTION NO. 04-40068-GAO

DAVID L. WINN
   Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

**G** **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X** **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

  Pursuant to the court's order of 11/9/04, by the declaration of Patrick W. Ward, the respondent has represented to the Court that, consistent with the decision in Goldings v Winn, 383 F.3d 17 (1st Cir. 2004), the petitioner is currently be evaluated for community corrections center placement without regard to the 10% policy adopted in December 2002 but invalidated by Goldings. To the extent that this relief now being voluntarily provided was sought by the petition, the petition is moot. To the extent the petition sought further relief- in particular, an order directing the respondent to place the petitioner in a community corrections center for the last six months of his sentence- the petition is denied.

                TONY ANASTAS,
                CLERK OF COURT

Dated: 11/9/04            By  Paul S. Lyness
                   Deputy Clerk

(Judgment Civil.wpd - 11/98) [jgm.]

(Judgment Civil.wpd - 11/98)                                                                                         [jgm.]

(Judgment Civil.wpd - 11/98) [jgm.]