Mr. Tony Anastas
Clerk of Court
United States District Court
District of Massachusetts
John J. Moakley Courthouse
One Courthouse Way - Suite 2300
Boston, MA 02210

November 29, 2004                    RE:  Civil Action No. 04-40068-GAO
                                          Potts v Winn

Dear Mr. Anastas:

   I have attached a copy of the Docket History from Pacer for the above referenced case. If the Court's Docket History and the Pacer Docket History are identical, then the text for Docket#18 needs to be corrected for both.
   I am writing to you to request a <u>correction</u> in the Docket text of Docket #18.
   The Docket #18 text currently reflects ..."Order entered Judgment in favor of Respondent against Petitioner".
   In fact, the Order entered Judgment in favor of the Petitioner against Respondent.
   In support of the correction I am requesting please see the following docket items:
      Docket #11 - <u>Respondent concedes</u> that First Circuit's decision in
                   <u>Goldings v Winn</u> is dispositive of this case
      Docket #16 - <u>Respondent assents</u> to the Petitioner's Proposed Order
      Docket #17 & #18 - Order entered Judgment in favor of Petitioner
                   against Respondent

   I respectfully request that the Docket Text (including Pacer) for Docket#18 be corrected to reflect ..."Order entered Judgment in favor of Petitioner against Respondent".

                                     Sincerely,

                                     /s/ M. William Potts

Enclosure                            M. William Potts, Pro Se
cc:  AUSA Christopher Donato         Reg# 24866-038   Unit I
     Paul Lyness - Deputy Clerk      FMC Devens - Camp
     Court Clerk - Judge O'Toole     PO Box 879
                                     Ayer, MA 01432

**4:04-cv-40068-GAO** Potts v. Winn
George A. O'Toole Jr., presiding
Date filed: 05/03/2004
Date terminated: 11/10/2004 Date of last filing: 11/10/2004

# History

| Doc. No. | Dates | Description |
|---|---|---|
| -- | Filed: 05/03/2004<br>Entered: 05/10/2004 | Magistrate Judge Assignment |
| | Docket Text: If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Barrette, Mark) | |
| 1 | Filed: 05/03/2004<br>Entered: 05/05/2004 | Petition for writ of habeas corpus (28:2254) |
| | Docket Text: PETITION for writ of habeas corpus pursuant to 28:2241 $ 5, receipt number 404314, filed by M. William Potts III.(Hassett, Kathy) | |
| 3 | Filed: 06/07/2004<br>Entered: 06/21/2004 | Letter/request (non-motion) |
| | Docket Text: Letter/request (non-motion) from M. William Potts. (Barrette, Mark) | |
| 2 | Filed: 06/11/2004<br>Entered: 06/15/2004 | Service Order - 2241 Petition |
| | Docket Text: Judge George A. O'Toole Jr.: ORDER entered SERVICE ORDER re 2241 Petition. The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (a) David L. Winn, Warden, Federal Medical Center, Camp Devens, P.O. Box. 880, Ayer, MA 01432; and (b) the United States Attorney; AND (2) The Respondent shall, within 28 days of receipt of this Order, file an answer or other responsive pleading.cc/cl(Lanier, Marjorie) Modified on 6/16/2004 (Barrette, Mark). | |
| -- | Filed: 06/14/2004<br>Entered: 06/18/2004 | Mail Returned |
| | Docket Text: Return receipt received for mail sent to Michael J. Sullivan Delivered on 6/10/04 (Barrette, Mark) | |
| -- | Filed: 06/14/2004<br>Entered: 06/18/2004 | Mail Returned |
| | Docket Text: Return receipt received for mail sent to David Winn, Warden Delivered on 6/10/04 (Barrette, Mark) | |
| -- | Filed & Entered: 06/15/2004 | Remark |
| | Docket Text: Copy of Petition and Service Order mailed certified mail to respondent and US attorney. Copy of service order mailed to petitioner via us mail. (Jenness, Susan) Modified on 6/16/2004 (Hassett, Kathy). | |
| 4 | Filed & Entered: 07/13/2004<br>Terminated: 08/31/2004 | Motion for Leave to File Excess Pages |
| | Docket Text: MOTION for Leave to File Excess Pages by David L. Winn.(Donato, Christopher) | |
| 5 | Filed & Entered: 07/13/2004<br>Terminated: 11/10/2004 | Motion to Dismiss |

|   | | | |
|---|---|---|---|
|   | *Docket Text:* MOTION to Dismiss by David L. Winn.(Donato, Christopher) | | |
| 6 | *Filed & Entered:* | 07/13/2004 | Memorandum in Support of Motion |
|   | *Docket Text:* MEMORANDUM in Support re [5] MOTION to Dismiss filed by David L. Winn. (Attachments: # (1))(Donato, Christopher) | | |
| 7 | *Filed:*<br>*Entered:* | 07/27/2004<br>08/03/2004 | Opposition to Motion |
|   | *Docket Text:* Opposition and Memorandum in Opposition re [4] MOTION for Leave to File Excess Pages, [5] MOTION to Dismiss filed by M. William Potts III. (Barrette, Mark) | | |
| 8 | *Filed:*<br>*Entered:* | 08/06/2004<br>08/12/2004 | Memorandum of Law |
|   | *Docket Text:* Supplemental Information to Petitioner's Opposition and Memorandum in Opposition to Motions of Respondent by M. William Potts III to [7] Opposition to Motion. (Barrette, Mark) | | |
| -- | *Filed & Entered:* | 08/31/2004 | Order on Motion for Leave to File Excess Pages |
|   | *Docket Text:* Judge George A. O'Toole Jr.: Electronic ORDER entered granting [4] Motion for Leave to File Excess Pages cc/cl (Lyness, Paul) | | |
| 9 | *Filed:*<br>*Entered:*<br>*Terminated:* | 09/14/2004<br>09/16/2004<br>11/10/2004 | Motion for Leave to File |
|   | *Docket Text:* MOTION for Leave to submit additional paper in the form of the citation of a supplemental authority and request for prompt relief.c/s by M. William Potts III.(Edge, Eugenia) | | |
| 10 | *Filed:*<br>*Entered:* | 09/14/2004<br>09/16/2004 | Memorandum in Support of Motion |
|   | *Docket Text:* MEMORANDUM in Support re [9] MOTION for Leave to File filed by M. William Potts III.c/s (Edge, Eugenia) | | |
| 11 | *Filed & Entered:* | 09/16/2004 | Response to Motion |
|   | *Docket Text:* RESPONSE to Motion re [9] MOTION for Leave to File filed by David L. Winn. (Donato, Christopher) | | |
| 12 | *Filed:*<br>*Entered:* | 10/06/2004<br>10/07/2004 | Order |
|   | *Docket Text:* Judge George A. O'Toole Jr.: ORDER entered- In light of the respondent's concession that the First Circuit's decision in Goldings v Winn No. 03-2633 (September 9, 2004) is dispositive of this case, see docket no. 11, the parties are directed to file a proposed order accomplishing a final disposition of this matter within 28 days from date of entry of this order.(Lyness, Paul) | | |
| 13 | *Filed:*<br>*Entered:* | 10/08/2004<br>10/12/2004 | Letter/request (non-motion) |
|   | *Docket Text:* Letter/request (non-motion) from William Potts regarding Motion for leave (entry #9) (Edge, Eugenia) | | |
| 14 | *Filed:*<br>*Entered:*<br>*Terminated:* | 11/02/2004<br>11/03/2004<br>11/10/2004 | Motion for Miscellaneous Relief |
|   | *Docket Text:* MOTION for entry of Proposed Order by M. William Potts III.c/s(Edge, Eugenia) | | |
| 15 | *Filed:*<br>*Entered:* | 11/02/2004<br>11/03/2004 | Memorandum in Support of Motion |